1  **Mark P. Robinson, Jr.**, SBN 054426
2  **Carlos A. Prietto, III**, SBN 166410
3  **Ted B. Wacker**, SBN 157416
   **ROBINSON, CALCAGNIE & ROBINSON**
4  620 Newport Center Drive, 7th Floor
   Newport Beach, CA 92660
5  949-720-1288; Fax 949-720-1292
6
7  Attorneys for Plaintiff
   OLGANOVA WINONA RODGERS
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M:03-CV-01699-CRB <br> MDL No. 1699 <br> JUDGE BREYER |
|---|---|
| This document relates to: <br> **OLGANOVA WINONA RODGERS** <br> **Individual Case No. 3:05-cv-05413-CRB** | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER CV 05-6261-SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff Olganova Winona Rodgers, Case Number CV 05-6261-SJO (a "Celebrex" case), originally filed in the Central District of California on August 25, 2005 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number 3:05-cv-05413-CRB, may be and is hereby dismissed without prejudice.

1
2
3
4     The parties hereby stipulate that Plaintiff will proceed in the MDL only through the California action, and jurisdiction and venue for the trial of the action will be proper in whichever of the following is selected by Pfizer: San Francisco, Los Angeles, Missouri.

5     The parties shall each bear their own costs.

6
7  Dated: May 8, 2006                    ROBINSON, CALCAGNIE & ROBINSON
8
9
10                                       Mark P. Robinson, Jr., SBN054426
11                                       mrobinson@rcrlaw.net
                                         Carlos A. Prietto, III, SBN 166410
12                                       cprietto@rcrlaw.net
13                                       Ted B. Wacker, SBN 157416
                                         twacker@rcrlaw.net
14                                       620 Newport Center Drive, 7th Floor
15                                       Newport Beach, CA 92660
                                         Telephone: (949) 720-1288
16                                       Fax: (949) 720-1292
17
18                                       *Counsel for Plaintiff*
                                         OLGANOVA WINONA RODGERS
19
20
21  Dated: May [ ], 2006                 GORDON & REES
22
23
24                                       Stuart M. Gordon, Esq.
                                         sgordon@gordonrees.com
25                                       Embarcadero Center West
26                                       275 Battery Street, 20th Floor
                                         San Francisco, CA 94111
27                                       Telephone: (415) 986-5900
28                                       Fax: (415) 986-8054
                                         *Defendants' Liaison Counsel*

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

4 | Dated:  May 18, 2006



HONORABLE CHARLES R. BREYER